FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

04 JUL 12 AM 11: 16

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| FRANKLIN D. HAYES and JUDY HAYES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 03-JEO-3343-S |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

ENTERED

JUL 12 2004

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 19) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiffs' state law claim of bad faith failure to pay and the claims for extra-contractual damages, including consequential damages, punitive damages, and interest are due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this _____ day of July, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

23